UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)

| | | |
|---|---|---|
| DE TECHNOLOGIES, INC. | § | ORAL HEARING REQUESTED |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-00139 |
| E4X INC., FIFTYONE, INC., ISHOP, INC. and INTERNATIONAL CHECKOUT, INC. | § | |
| Defendants. | § | |

**DECLARATION OF JACKSON STROBEL IN SUPPORT OF MOTION BY DEFENDANT INTERNATIONAL CHECKOUT, INC. TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(3)**

I, Jackson Strobel, hereby declare as follows:

1. I am the Vice-President of Operations of International Checkout, Inc. The facts stated herein are within my personal knowledge and, if called as a witness in this matter, I could and would competently testify thereto.

2. The only offices of any kind maintained by International Checkout, Inc. are and have always been in Los Angeles County, California. International Checkout, Inc. has no offices, employees or property within the Eastern District of Texas and does not have a place of business of any kind in the Eastern District of Texas.

3. All of International Checkout's servers and corporate documents relating to the development, manufacturing and marketing of our products and services are housed at its headquarters in the Central District of California (Van Nuys, CA).

4. All of the employees of International Checkout, Inc. are located in the Central District of California. International Checkout, Inc. does not have any employees in Texas. To the best of my knowledge, the witnesses with knowledge of our company's products and services reside within the Central District of California.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed this 26th day of August, 2010, at Van Nuys, California.

Jackson Strobel