UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)

| | |
|---|---|
| DE TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>E4X INC., FIFTYONE, INC., ISHOP, INC.<br>and INTERNATIONAL CHECKOUT, INC.<br><br>Defendants. | **ORAL HEARING REQUESTED**<br><br>CIVIL ACTION NO. 2:10-cv-00139 |

**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT INTERNATIONAL CHECKOUT, INC. TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(3)**

Having considered the papers filed both in support of and in opposition to Defendant International Checkout, Inc.'s Motion to Dismiss Pursuant to Federal Rules of Civil Procedure, Rule 12(b)(3), as well as the arguments of counsel, and based upon the evidence presented, good cause having been shown therefore:

**It is hereby ordered** that this case be dismissed due to improper venue pursuant to Rule 12(b)(3), or in the alternative

**It is hereby ordered** that this case be transferred to the District of Virginia pursuant to 28 U.S.C. §1404(a), or in the alternative

**It is hereby ordered** that this case be transferred to the Central District of California pursuant to 28 U.S.C. §1404(a).

IDOCS:12617.2:1092519.1

IDOCS:12617.2:1092519.1